NO. 07-04-0025-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 4, 2004

______________________________

IN THE INTEREST OF C.S.L., A CHILD

_________________________________

FROM THE 100TH DISTRICT COURT OF CARSON COUNTY;

NO. 9231; HONORABLE DAVID MCCOY, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

On January 21, 2004, the clerk of this court received a copy of a Notice of Appeal  filed on behalf of appellant Carol Osmond.  By letter dated January 26, 2004, the clerk advised appellant that 
a filing fee had not been received, 
see
 
Tex. R. App. P
. 5
, 
nor had a docketing statement been filed.  
See
 
Tex. R. App. P
. 32.1
.  The clerk’s letter likewise advised that 
no further action would be taken on the appeal by this Court until a filing fee had been paid and that failure to pay the filing fee
 may result in dismissal of the appeal.  
See
 
Tex. R. App. P
. 42.3. 

The filing fee was not paid.  By letter dated February 12, 2004, the clerk advised counsel for appellant that the filing fee had still not been paid
, and that unless 
the filing fee was received on or before February 23, 2004
, the appeal would be subject to dismissal. 

 
The filing fee has not been paid
.  Accordingly, this appeal is dismissed.  
Tex. R. App. P
. 42.3.

Phil Johnson

Chief Justice